UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: EX PARTE APPLICATION OF WILLWAY CO., LTD., <br><br> Applicant. | Case No. 22-mc-80310-BLF <br><br> **ORDER GRANTING WILLWAY'S MOTION TO COMPEL GOOGLE'S COMPLIANCE WITH SUBPOENA** <br><br> [Re: ECF 6] |

Applicant Willway Co., Ltd. ("Willway") moves to compel Google LLC ("Google") to comply with a subpoena for production of documents. *See* Mot. to Compel, ECF 6. Google has not filed a response to the motion. The Court finds the motion suitable for decision without oral argument and the hearing previously set for July 27, 2023 is VACATED. *See* Civ. L.R. 7-1(b). Willway's motion to compel is GRANTED for the reasons discussed below.

Willway, a Japanese corporation, commenced this action by filing an *ex parte* application to authorize foreign discovery pursuant to 28 U.S.C. § 1782. *See Ex Parte* Applic., ECF 1. Willway seeks limited discovery from Google to identify an anonymous individual who published an allegedly false and damaging YouTube video about Willway's business. *See id.* Willway intends to file suit against the individual once the individual's identity is discovered. *See id.* This Court granted Willway's *ex parte* application, thereby authorizing Willway to serve Google with a subpoena for production of documents. *See* Order Granting *Ex Parte* Applic., ECF 5.

According to Willway, the document subpoena was served on Google but Google failed to respond. Willway's counsel, Carlos Makoto Taitano, submits a declaration stating that both the order granting Willway's *ex parte* application and the subpoena authorized by this Court were

served on Google.  *See* Taitano Decl. ¶ 4 & Exs. A-B, ECF 6-1.  Mr. Taitano communicated with Google numerous times regarding the subpoena, as evidence by the email strings attached to his declaration.  *See id.* ¶¶ 5-13 & Exs. C-K.  Google indicated that it would respond to the subpoena but it never did so.  *See id.*  Mr. Taitano states that Google did not produce any of the requested documents, did not serve objections, and did not move to quash the subpoena.  *See id.* ¶ 15.

Willway now asks this Court to compel Google's compliance with the subpoena.  *See* Mot. to Compel.  Willway has filed a Proof of Service indicating that Google was served with the motion to compel.  *See* POS, ECF 7.  Google has not filed a response to the motion.  Absent opposition, and for good cause shown, Willway's motion to compel Google's compliance with the subpoena is GRANTED

**ORDER**

(1) Willway's motion to compel Google's compliance with the subpoena is GRANTED; Google shall produce documents responsive to the subpoena by August 18, 2023.

(2) The hearing on Willway's motion, previously set for July 27, 2023, is VACATED.

(3) This order terminates ECF 6.

Dated:  July 18, 2023

_____
BETH LABSON FREEMAN
United States District Judge